IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBALO LLC, a Delaware limited )
liability company,               )     2:11-cv-02642-GEB-JFM
                                 )
            Plaintiff,           )
                                 )     ORDER<sup>*</sup>
        v.                       )
                                 )
TAIGH RAMEY, individually and    )
doing business as Vintage        )
Aircraft,                        )
                                 )
            Defendant.           )
_____  )

On March 12, 2012, Defendant filed a motion for leave to file a third party complaint under Federal Rule of Civil Procedure ("Rule") 14. Plaintiff opposes the motion, arguing, *inter alia*, "the motion is untimely." (Pl.'s Opp'n 1:4.)

The February 7, 2012 status order gave Defendant leave to file its motion by March 8, 2012, as requested in the Joint Status Report. (ECF No. 23.) Defendant filed its motion four days after the deadline imposed by the status order. (ECF No. 28.) However, Rule 14 prescribes:

> A defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it. But the third-party plaintiff must, by motion, obtain the court's leave if it files the third-party complaint more than 14 days after

_____

<sup>*</sup>    This matter is deemed suitable for decision without oral argument.  E.D. Cal. R. 230(g).

1

1       serving its original answer.

2 In light of Rule 14, and the unsettled nature of the pleadings, the

3 February 7, 2012 status order is vacated. Therefore, the motion for

4 leave to file a third party complaint is denied as moot.

5       Further, a Status (Pretrial Scheduling) Conference is

6 scheduled to commence at 9:00 a.m. on August 6, 2012. A joint status

7 report shall be filed no later than fourteen (14) days prior to Status

8 Conference.

9 Dated:  April 10, 2012

10

11 _____

GARLAND E. BURRELL, JR.

12 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28