RICHARD WALLACE (State Bar No. 124286)
PETER S. PROWS (State Bar No. 257819)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
MAIN (415) 402-2700
FAX (415) 398-5630
pprows@briscoelaw.net

Attorneys for Plaintiff and Counterdefendant ROBALO LLC
And Third Party Defendants FABIO CERIONI and PEGASUS AIRCRAFT PARTS AND SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBALO LLC, a Delaware limited liability company;<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　v.<br><br>TAIGH RAMEY, individually and doing business as Vintage Aircraft.<br><br>　　　　Defendant and Counterclaimant. | Case No. 2:11-CV-02642-GEB-JFM<br><br>**STIPULATION; [PROPOSED] ORDER RE: EXPERT DISCLOSURES**<br><br>Assigned to Hon. Garland E. Burrell |
| TAIGH RAMEY;<br><br>　　　　Third Party Plaintiff,<br><br>　v.<br><br>FABIO CERIONI, an individual; PEGASUS AIRCRAFT PARTS AND SYSTEMS, INC.<br><br>　　　　Third Party Defendants, | |

　　　　The parties have reached a tentative global settlement of this action.

　　　　This court entered an order (docket #57) requiring each party to comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before March 21, 2013 ("Expert Disclosure Deadline").

1

STIPULATION AND [PROPOSED] ORDER RE: EXPERT DISCLOSURES　　　　　　　　　　CASE NO. 11-CV-02642

1  The parties agree that, to facilitate finalization of the tentative global settlement and to promote judicial economy, the Expert Disclosure Deadline should be continued for two weeks to April 4, 2013.

DATED: March 18, 2013

BRISCOE IVESTER & BAZEL LLP

By: _____/s/ Peter Prows_____
   PETER PROWS
   Attorneys for Plaintiff and Counterdefendant
   ROBALO LLC
   And Third Party Defendants
   FABIO CERIONI and PEGASUS AIRCRAFT
   PARTS AND SYSTEMS, INC.

DATED: March __, 2013

LAW OFFICES OF RANDALL M. WIDMANN

By: _____
   RANDALL M. WIDMANN
   Attorney for Defendant, Counterclaimant, and
   Third Party Plaintiff TAIGH RAMEY

**ORDER**

The Expert Disclosure Deadline is continued to April 4, 2013.

**Date:** <u>3/19/2013</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge